IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHAD DOMINIC GRIGGS,<br>Defendant | DOCKET NO. 5:23-cr-57-KDB<br><br>**BILL OF INDICTMENT**<br><br>Violation: 18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Convicted Felon)*

On or about August 20, 2022, in Catawba County, within the Western District of North Carolina, the defendant,

**RASHAD DOMINIC GRIGGS,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one firearm, to wit: Sonju Industrial Defense model SI-F, AR-15 .223 caliber rifle; a Mosin style 7.62 caliber rifle; a Ruger, model 10/22, .22 caliber long rifle; a Taurus G3C 9mm handgun; in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**
*(Possession of a Firearm by a Convicted Felon)*

On or about June 28, 2023, in Catawba County, within the Western District of North Carolina, the defendant,

**RASHAD DOMINIC GRIGGS,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Bersa, Model Thunder 9, 9mm pistol; in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with

Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause that the following property is subject to forfeiture on the grounds noted above:

(a) A Sonju Industrial (SI)-Defense model SI-F, AR-15 .223 caliber rifle (SN: 0002133); seized August 20, 2022 in the course of the investigation;
(b) A Mosin style 7.62 caliber rifle; seized August 20, 2022 in the course of the investigation;
(c) A Ruger, model 10/22, .22 caliber long rifle (SN: 231-879956); seized August 20, 2022 in the course of the investigation;
(d) A Taurus G3C 9mm handgun (SN: ADA805985), seized August 20, 2022 in the course of the investigation;
(e) A Bersa, model thunder 9, 9mm pistol (SN 951463), seized June 28, 2023 in the course of the investigation.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY