Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET         U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ⦿ NO        **DOCKET NUMBER:** 5:23-CR-57-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| Field | Value |
|---|---|
| **CASE NAME :US vs** | RASHAD DOMINIC GRIGGS |
| **COUNTY OF OFFENSE :** | CATAWBA |
| **RELATED CASE INFORMATION :** | |
| *Magistrate Judge Case Number :* | |
| *Search Warrant Case Number :* | |
| *Miscellaneous Case Number :* | |
| *Rule 20b :* | |
| **SERVICE OF PROCESS :** | |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty   ◯ Misdemeanor   ⦿ Felony

18 U.S.C. § 922(g)(1)

**JUVENILE:** ◯ Yes  ⦿ No

| Field | Value |
|---|---|
| **ASSISTANT U. S. ATTORNEY :** | ALFREDO DE LA ROSA |
| **VICTIM/WITNESS COORDINATORS:** | |
| **INTERPRETER NEEDED :** | |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |