# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. RASHAD DOMINIC GRIGGS

Case Number: 5:23-CR- 57-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1-2 | 18 USC 922(g) | | 0-15 years in prison; $250,000 fine; 3 years TSR; if ACC 15-life, $250,000 fine, 5 TSR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☒ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☒ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☒ NO
\* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH
       ☐ DISCHARGE