IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:23-CR-00057-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| RASHAD DOMINIC GRIGGS, | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant Rashad D. Griggs' Motion to Dismiss Indictment for Unlawful Transfer and Interference in the Attorney-Client Relationship (Doc. No. 19). Mr. Griggs' Motion to Dismiss Indictment for Preindictment Delay (Doc. No. 21) has been withdrawn. The Court has carefully considered the remaining motion, and for the reasons stated at the hearing held on April 11, 2024, will grant the following relief:

Any evidence regarding Mr. Griggs' admissions to the state court, or any cross-examination about those proceedings should he take the stand at trial, will be prohibited. Further, should Mr. Griggs' plead guilty or be convicted at trial, and his admission of the probation violation affects his criminal history category, the Court will vary downward on the basis of an overstated criminal history. Lastly, the Court will, should any sentence be imposed, order any term of incarceration to run concurrent to the state court sentence.

**SO ORDERED.**

Signed: April 11, 2024

Kenneth D. Bell
United States District Judge

1